**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

HEATHER PICQUELLE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-16331

Judge John Robert Blakey

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | LOWORO |
| 3 | Log Zog |
| 4 | ERWYTYIOI |
| 5 | BWOOLL |
| 132 | Belidome |
| 76 | MaSloyo |
| 61 | Aicassoer |
| 195 | Home Lovely |
| 25 | yanhaode556 |
| 198 | ZJshop-US |
| 58 | Xiping Crafts |
| 59 | Fire Pansy |
| 60 | WKQIFEIL |
| 155 | henancaizhanshangmaoyouxiangongsi |
| 197 | Qudiyin-XD |
| 74 | FEASRT |
| 86 | lasucougin--$7-14 working day delivered$ |
| 114 | chenlingyan008 |
| 21 | Smarteral |
| 164 | SuMay |
| 87 | Booboda |
| 88 | Cambkatl |

| | |
|---|---|
| 38 | zhengjing4978 |
| 39 | caiww518 |
| 40 | xiaozhil5858 |
| 42 | rixnn8663 |
| 43 | chenjind168 |
| 44 | hljl5858 |
| 115 | MeiRongSen |
| 116 | yanlan1331 |
| 2 | MEGZIHXN |

DATED: January 17, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 17, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt